STANLEY ROTHSTEIN, Respondent, v. FRANK DESIMONE et al., Copartners Doing Business as DESIMONE BROS., Appellants.— Order directing the examination as an adverse party of defendant partnership through an employee modified on the law by striking out everything following the word " denied " in the first ordering paragraph. As thus modified, the order is affirmed, with ten dollars costs and disbursements to appellants, without prejudice to a renewal, upon proper papers, of the motion to examine the employee as a witness. A partnership may not be examined as an adverse party through its employee. (*Roberts* v. *Hayden,* 213 App. Div. 1.) Such an employee may be examined as a witness only on the grounds stated in section 288 of the Civil Practice Act. The present record is insufficient to authorize an examination of the employee as such witness. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

AGNES M. SCHWERIN, Respondent, v. JOSEPH SCHWERIN, Appellant. (Appeal No. 1.) — Appeal from an order of an Official Referee denying an application to modify a judgment of separation so as to reduce the amount of alimony provided therein. Order affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur. [See *post,* p. 827.]

AGNES M. SCHWERIN, Respondent, v. JOSEPH SCHWERIN, Appellant. (Appeal No. 2.) — Appeal from an order of an Official Referee denying in part a motion to correct the stenographer's minutes of a hearing. Order, insofar as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

MARY VISCO, Appellant, v. SIDNEY GOLDBERG et al., Respondents.— Action to recover damages for personal injuries suffered as a consequence of the collision of two automobiles. Judgment in favor of defendants unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.